UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMAR JACKSON,<br><br>　　　　Defendant. | Case No. 3:16-cr-00005-LRH-CLB<br><br>**ORDER APPROVING STIPULATION TO CONTINUE REVOCATION HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for JAMAR JACKSON and NICHOLAS A. TRUTANICH, United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release hearing set for July 13, 2020, at 1:30 PM, be vacated and continued to July 16, 2020, at 1:30 PM.

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Mr. Jackson is scheduled to appear before this court for a Revocation Hearing on July 13, 2020, at 1:30 PM. Undersigned counsel request that this matter be continued to July 16, 2020, at 1:30 PM., to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Jackson is released on conditions of supervision and agrees to the continuance.

4. Mr. Jackson has been advised of the nature of this proceeding and his right to appear in person at this proceeding. Mr. Jackson waives his right to appear in person at this proceeding. He has been informed that he may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of COVID-19 in the District of Nevada in order to protect his health and safety, as well as those of the attorneys, the court and court staff.

5. The parties agree to the continuance.

6. This is the second request for a continuance.

DATED this 8th day of July, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>    CHRISTOPHER P. FREY<br>    Assistant Federal Public Defender<br>    Counsel for JAMAR JACKSON | By */s/ Megan Rachow*<br>    MEGAN RACHOW<br>    Assistant United States Attorney<br>    Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for July 13, 2020, at 1:30 PM, be vacated and continued to July 16, 2020, at 1:30 PM.

DATED this 9th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

3