**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMAR JACKSON,<br><br>        Defendant. | Case No. 3:16-cr-00005-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for JAMAR JACKSON. and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for February 1, 2024, at 1:30 PM, be vacated and continued to March 5, 2024, at 11:00 AM.

This Stipulation is entered into for the following reasons:

1.     Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2.        Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3.        Mr. Jackson is currently on bond.

4.        The parties agree to the continuance.

5.        This is the second request for a continuance.

DATED this 14th day of February, 2024.

RENE L. VALLADARES
Federal Public Defender

By  /s/ Allie Wilson
    ALLIE WILSON
    Assistant Federal Public Defender
    Counsel for JAMAR JACKSON

JASON M. FRIERSON
United States Attorney

By  /s/ Randolph J. St. Clair
    RANDOLPH J. ST. CLAIR
    Assistant United States Attorney
    Counsel for the Government

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for February 1, 2024, at 1:30 p.m., be vacated and continued to March 5, 2024, at 11:00 a.m. before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS SO ORDERED.

DATED this 14th day of February, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE