UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMAR JACKSON,<br><br>　　　　Defendant. | Case No. 3:16-cr-00005-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (THIRD REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for JAMAR JACKSON. and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RANDOLPH J. ST. CLAIR, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for March 5, 2024, at 11:00 AM, be vacated and continued to March 7, 2024, at 1:30 PM.

　　　　This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Jackson is currently on bond.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED March 4, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>ALLIE WILSON<br>Assistant Federal Public Defender<br>Counsel for JAMAR JACKSON | By  /s/ Randolph J. St. Clair<br>RANDOLPH J. ST. CLAIR<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently set for March 5, 2024, at 11:00 a.m. be vacated and is reset as an Evidentiary Hearing on Revocation of Supervised Released for **Thursday, March 7, 2024, at 1:30 p.m.** before Judge Larry R. Hicks in Reno Courtroom 3.

IT IS FURTHER ORDERED that the parties shall file their witness lists and exhibit lists by 12:00 p.m. on Tuesday, March 5, 2024.

IT IS SO ORDERED.

DATED this 4th day of March, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE